CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

MATTHEW EVANS (CABN 347946)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7234
Email: jean.fundakowski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA-MCKINLEYVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH JOI BRYANT,<br><br>Defendant. | Case No. 26-MJ-70980 RMI<br><br>**ORDER ON UNITED STATES' MOTION FOR COMPETENCY EXAMINATION OF DEFENDANT** |

Based upon the information set forth in the amended complaint (ECF No. 6 ); the government's motion for a competency examination (ECF No. 5); and the proceedings at the defendant's appearances in the Northern District of California in the Eureka-McKinleyville federal courthouse on July 28, 2026, and at the San Francisco Courthouse on August 11, 2026, the Court HEREBY FINDS that there is reasonable cause to believe that defendant Elizabeth Joi Bryant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her to assist properly in her defense, within the meaning of 18 U.S.C. § 4241(a). As a result:

IT IS HERBY ORDERED that a psychiatric or psychological examination of the defendant, Elizabeth Joi Bryant, be undertaken pursuant to 18 U.S.C. §§ 4241(b), and 4247(b) and (c), to assist the Court in determining Elizabeth Joi Bryant's mental competency to proceed in this matter.

IT IS FURTHER ORDERED that Elizabeth Joi Bryant be evaluated while she remains in pretrial custody in a facility designated by the United States Marshals Service, and that the examination occur within thirty days from the issuance of this order, pursuant to 18 U.S.C. § 4247(b). If possible, the examination should occur on August 13, 2026, via Zoom or other remote means.

IT IS FURTHER ORDERED that Dr. Caroline Salvador-Moses shall be the examiner and shall prepare a report to be filed with the Court and provided to the parties in accordance with the requirements of 18 U.S.C. §§ 4247(b) and (c).

IT IS SO ORDERED.

DATED: August 12, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge