CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7234
Email: jean.fundakowksi@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH JOI BRYANT,<br>Defendant. | Case No. 26-MJ-70980 RMI<br><br>**[~~PROPOSED~~] ORDER COMMITING DEFENDANT TO CUSTODY OF ATTORNEY GENERAL FOR RESTORATION OF COMPETENCY**<br><br>Hon. Thomas S. Hixson |

On August 28, 2026, the Court held a hearing as to the defendant's competency under 18 U.S.C. § 4241(c) and (d). After consideration of the expert evaluation filed under seal concluding that the defendant is unable to understand the nature of the criminal proceedings against her and is not competent to stand trial, the Court finds by a preponderance of the evidence that there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect that renders her mentally incompetent to the extent that she is unable to assist properly in her defense within the meaning of 18 U.S.C. § 4241(a).

Accordingly, pursuant to 18 U.S.C. § 4241(d)(1), the Court now **ORDERS** that the defendant be forthwith committed to the custody of the Attorney General, and further **ORDERS** the Attorney General to hospitalize the defendant for treatment in a suitable facility for such reasonable time—not to exceed

four months from the date her hospitalization begins—as is necessary to determine whether there is a substantial probability that in the foreseeable future, the defendant will attain the capacity to permit the proceedings to go forward.

The Court **ORDERS** the U.S. Marshals Service to deliver the defendant to the custody of the Attorney General forthwith for this purpose.

The Court further **ORDERS** the facility to which the defendant is assigned for treatment to update the parties on the status of the defendant's treatment no later than October 30, 2026.

Counsel of record in this matter are **ORDERED** to file a Joint Status Report regarding the status and efficacy of the Attorney General's restoration efforts by December 28, 2026.

The Court further **ORDERS** that time under the Speedy Trial Act is excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) and 18 U.S.C. § 3161(h)(4) from August 28, 2026, until such time as the Court determines that the defendant's mental condition is so improved that trial may proceed within the meaning of 18 U.S.C. § 4241.

**IT IS SO ORDERED.**

DATED: August 28, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge