CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7234
Email: jean.fundakowski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:26-MJ-70980 MAG |
| Plaintiff, | ~~[PROPOSED]~~ TRANPORT ORDER |
| v. | |
| ELIZABETH JOI BRYANT, | |
| Defendant. | |

Upon motion of the parties and good cause having been shown, IT IS HEREBY ORDERED that that the United States Marshals Service shall transport the defendant, Elizabeth Bryant, from custody at the Metropolitan Detention Center in Los Angeles to the San Francisco Jail so that she can attend the upcoming court hearing on October 19, 2026, at 11:00 a.m., and for further proceedings in this case.

IT IS SO ORDERED.

DATED: September 30, 2026________

HON. THOMAS S. HIXSON
United States Magistrate Judge