CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7234
Email: jean.fundakowski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH JOI BRYANT,<br>Defendant. | NO. 26-MJ-70980 MAG<br>[~~PROPOSED~~] RELEASE ORDER |

The United States Attorney for the Northern District of California has dismissed the above Information against the Defendant Elizabeth Joi Bryant with leave of court pursuant to Rule 48(a). Accordingly, the defendant is ordered released from the custody of the United States Marshal at the San Francisco Jail no later than 3:00 p.m. on Monday, October 19, 2026.

Date: October 17, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge