FILED

10/17/2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JEAN FUNDAKOWSKI (CABN 328796)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7014
FAX: (415) 436-7234
Email: jean.fundakowski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH JOI BRYANT,<br>Defendant. | NO. 26-MJ-70980 MAG<br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information against Elizabeth Joi Bryant.

DATED: October 17, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the Information against Elizabeth Joi Bryant.

Date: October 17 , 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge